UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                           2:95-cr-1-FtM-29DNF

ISABEL AYALA

_____

### ORDER

This matter comes before the Court on defendant's Motion for Permission to Appeal In Forma Pauperis (Doc. #712) filed on July 28, 2011. Defendant seeks to proceed *in forma pauperis* on appeal. On June 30, 2011, the Court denied a certificate of appealability as untimely because the Order appealed was issued in February 2008. As the Court did not find the requisite grounds for a certificate of appealability, the request to proceed *in forma pauperis* will be denied.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Permission to Appeal In Forma Pauperis (Doc. #712) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of July, 2011.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
USCA
Parties of Record