IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

2:95cr1-JES-12

No. 11-12591-E

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

versus

ISABEL AYALA, a.k.a. Marysol Rivera,

        Defendant - Appellant.

Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Isabel Ayala has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective March 26, 2012.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Gloria M. Powell, E, Deputy Clerk

FOR THE COURT - BY DIRECTION